UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | Bankr. No. 18-21866GLT |
| | ) | |
| MARVA L. FLORENCE-CURETON, | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Document no. |
| | ) | |
| MARVA L. FLORENCE-CURETON,, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHECK INTO CASH and | ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) | |
| | ) | |
| Respondents | ) | |

**NOTICE OF HEARING ON MOTION TO SELL PERSONAL PROPERTY
FREE AND CLEAR OF LIENS PURSUANT TO L.R. BANKR. P . 6004-2**

To: Respondents and all Creditors and Parties in Interest of the above-named Debtor:

NOTICE IS HEREBY GIVEN THAT the Debtor, Marva L. Florence-Cureton, has filed a Motion to Sell Personal Property Free and Clear of Liens for the following property:

2006 Honda Accord

to Dionna M. Gibson (the "Buyer") for $2,499.99. according to the terms set forth in the Motion for Sale.

On or before February 3, 2020 any Objections shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on all parties.

A hearing is scheduled for February 12, 2020 at 10:00 A.M., before Judge Gregory L. Taddonio in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. at which time higher/better offers will be considered and objections to sale will be heard.

Date of Notice: January 17, 2020

Arrangements for inspection prior to said sale
hearing may be made with

Stanley A. Kirshenbaum
P.O. Box 8150
Pittsburgh, PA  15217
(412) 261-5107
SAK@SAKLAW.COM

/s/ Stanley A. Kirshenbaum
Stanley A. Kirshenbaum
Pa. I.D. #43701
P.O. Box 8150
Pittsburgh, PA  15217
(412) 261-5107
SAK@SAKLAW.COM
Counsel for Movant/Debtor