IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
FEB 13 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                              Case No.:    18-21866-GLT
                                                    Chapter:     13
Marva L. Florence-Cureton

                                                    Date:        2/12/2020
              Debtor(s).                            Time:        10:00


## PROCEEDING MEMO

MATTER:     # 53 Motion to Sell Property Free and Clear of Liens under Section 363(f)
            Re: 2006 Honda Accord
            [Response due 2/3/20]

APPEARANCES:
            Debtor:     Stanley A. Kirshenbaum
            Trustee:    Kate Desimone

NOTES: (10:03)

Kirshenbaum: We have an offer for $2,499. We filed it under the local rule that does not require advertisement.

Court: Rule 6004-2 doesn't have the de minimus amount verbiage. I think it refers to a 100% plan. 6004(b), "when all the nonexempt property is worth less than $2,500."

Kirshenbaum: I would have to go back and review the rule.

Desimone: This is an educational experience for me as well. Regardless, the trustee has no objection to the sale. The trustee fee would be $35.05.

Court: The only issue is whether the lack of marketing efforts will suppress the amount the estate receives, you did post this on EASI?

Kirshenbaum: Yes, and did notice on all creditors.

Court: There's no familial relationship between the debtor and the prospective buyer?

Kirshenbaum: No.

Court: And there are no contingencies?

Kirshenbaum: No. They're ready to close today.

Court: Is there anyone else want to be heard on this issue? I will note that going forward the only way to get around the advertising is if it's a 100% plan.

[Property exposed for sale]

Court: Hearing no other offers, I will approve the sale because it only will impact the debtor's exemption.

OUTCOME:

1. Motion to Sell Property Free and Clear of Liens under Section 363(f) Re: 2006 Honda Accord [Dkt. No. 53] is GRANTED. O/E

DATED: 2/12/2020