FILED

FEB 12 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankr. No. 18-21866GLT |
| MARVA L. FLORENCE-CURETON, ) | Chapter 13 |
| Debtor ) | Document no. 53 and 57 |
| MARVA L. FLORENCE-CURETON,, ) | Hearing Date: February 12, 2020 |
| Movant ) | 10:00 a.m. |
| v. ) | |
| CHECK INTO CASH and ) | |
| RONDA J. WINNECOUR, TRUSTEE, ) | |
| Respondents ) | |

## ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY
## FREE AND DIVESTED OF LIENS

AND NOW, this 12th day of February 2020, on consideration of the Debtors' Motion to Sell Personal Property Free and Clear Liens ~~Pursuant to L.R. Bankr. P. 6004-2~~ to Dianna Gibson for $2,499.99 after hearing held in Courtroom D, 54th Floor, 600 Grant Street, Pittsburgh, PA, the Court finds the following:

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for sale of ~~real~~ property free and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said Motion:

| DATE OF SERVICE | NAME OF LIENOR | SECURITY |
|---|---|---|
| January 17, 2020 | Check Into Cash<br>16044 State Rte. 170<br>East Liverpool, OH 43920 | 2006 Honda Accord |
| January 17, 2020 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | 18-21866 N/A |

i

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of serviced duly filed and that the named parties were duly served with the Motion.

(3)    EASI filed on January 30, 2020.

(4) That at the sale hearing the highest/best offer received was that of the above Buyer and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price of $ 2,499.99 offered by Dionna Gibson was a full and fair price for the property in question.

(6) That the Buyer has acted in good faith with respect to the within sale in accordance with *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F2d.143 (3d Cir. 1986).

Now therefore, IT IS ORDERED, ADJUDGED AND DECREED, that the sale of the personal property described as 2006 Honda Accord Sedan VIN 1HGCM66596A067370 hereby CONFIRMED to Dionna Gibson for $ 2,499.99 free and divested of the above recited liens and claims, and, that the Movants are authorized to make, execute and deliver to the Buyer above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

IT IS FURTHER ORDERED, that the above recited liens and claims, be, and they hereby, are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

IT IS FURTHER ORDERED, that the following expenses/costs shall immediately be paid at the time of closing. Failure of the closing agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movants pending further Order of this Court after notice and hearing.

(1) The following liens(s)/claim(s) and amounts:

A. Check into Cash will be paid $1,530.41, representing payment in full, at the time of closing.

(2) Chapter 13 Trustee "percentage fees" in the amount of ~~$30.05~~ $35.05 payable to "Ronda J. Winnecour, Ch. 13 Trustee, P. O. Box 2587, Pittsburgh, PA 15230";

(3) The Court filing fee of $181.00 payable to the Movant/Debtor;

(4) The Court approved attorney fees of $220 payable to Stanley A. Kirshenbaum, P.O. Box 8150, Pittsburgh, PA 15217;

(5) Any remaining funds for the Debtor's exemption pursuant to 11 U.S.C. §522(d)(2), not to exceed $2,225 payable to Mara L. Florence-Cureton;

(6) Other: N/A

IT IS FURTHER ORDERED that:

(a) Within seven (7) days of the date of this Order, the Movants/Plaintiffs shall serve a copy of the within Order on each Respondent/Defendant (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney of the Debtor, the Closing Agent, the Buyers, and the attorney for the Buyers, if any, and file a certificate of service.

(b) Closing shall occur within fifteen (15) days of this Order.

( c) Within seven (7) days following closing, the Movant/Debtor shall file a Report of Sale;

(d) Buyer shall be responsible for the fees and costs for transferring the title and registering the vehicle;

(e) Within twenty days following the closing, Movant/Debtor shall file an Amended Chapter 13 Plan, and;

(f) This Sale Confirmation Order survives any dismissal or conversion of the within case.

By the court:

Gregory L. Taddonio
United States Bankruptcy Judge

iii

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21866-GLT
Marva L. Florence-Cureton                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Feb 12, 2020
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2020.
db              +Marva L. Florence-Cureton,    1208 McMinn St.,    Aliquippa, PA 15001-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:
      J. Philip Colavincenzo    on behalf of Creditor    Beaver County Tax Claim Bureau colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
      James Warmbrodt    on behalf of Creditor    Planet Home Lending, LLC as servicer for Assets Recovery 23 LLC bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    Assets Recovery 23 LLC bkgroup@kmllawgroup.com
      James R. Wood    on behalf of Creditor    Aliquippa School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com, barristerob@gmail.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Stanley A. Kirshenbaum    on behalf of Debtor Marva L. Florence-Cureton SAK@SAKLAW.COM
                                                                                                     TOTAL: 10