UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankr. No. 18-21866GLT |
| MARVA L. FLORENCE-CURETON, | Chapter 13 |
| Debtor | Document no. |
| MARVA L. FLORENCE-CURETON, | Related to doc. nos. 53-54, 58 |
| Movant | Hearing date: 2/12/20 10:00 a.m. |
| v. | |
| CHECK INTO CASH and RONDA J. WINNECOUR, TRUSTEE, | |
| Respondents | |

## CERTIFICATE OF SERVICE OF ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND DIVESTED OF LIENS

I certify under penalty of perjury that I served the above captioned *Order* on the parties at the addresses specified below or on the attached list on *February 17, 2020*:

Check Into Cash
16044 State Rte. 170
East Liverpool, OH 19406

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *First-class mail*.

**Executed on:** February 17, 2020

By: /s/Stanley A. Kirshenbaum
(Signature)
Stanley A. Kirshenbaum
Pa. ID No. 43701
P.O. Box 8150
Pittsburgh, PA 15217
(412) 261-5107
SAK@SAKLAW.COM