UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | Bankr. No. 18-21866GLT |
| MARVA L. FLORENCE-CURETON, | Chapter 13 |
| Debtor | Document no. |
| MARVA L. FLORENCE-CURETON,, | Related to doc. nos. 53-54, 58 |
| Movant | |
| v. | |
| CHECK INTO CASH and RONDA J. WINNECOUR, TRUSTEE, | |
| Respondents | |

## REPORT OF SALE

The Debtor, through her counsel, Stanley A. Kirshenbaum, files this report of sale pursuant to the Order Confirming Chapter 13 Sale Free and Divested of Liens dated February 12, 2020:

1. Pursuant to the Order, the parties transmitted $1,530.41 to Respondent Check Into Cash (the "Lienholder").

2. The Debtor received the unencumbered title on February 22, 2020.

3. The Debtor transferred the title to the buyer on February 25, 2020.

*[Remainder of this page intentionally left blank]*

4. In addition to the payment to the Lienholder, the Debtor made the following payments from the sale proceeds:

| | | |
|---|---|---|
| a. | Ronda J. Winnecour, Trustee | $ 35.05 |
| b. | Stanley A. Kirshenbaum - legal fees | $220.00 |
| c. | Stanley A. Kirshenbaum - reimbursement of filing fee for sale motion | $181.00 |
| d. | The Debtor retained the remaining funds for her exemption. | |

Respectfully submitted:

/s/ Stanley A. Kirshenbaum
Stanley A. Kirshenbaum
Pa. ID No. 43701
P.O. Box 8150
Pittsburgh, PA  15217
(412) 261-5107
SAK@SAKLAW.COM