**Form 222**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Marva L. Florence−Cureton**
**aka Marva L Cureton**
   Debtor(s)

Bankruptcy Case No.: 18−21866−GLT
Related Dkt. No. 66
Chapter: 13
Docket No.: 68 − 66
Concil. Conf.: June 25, 2020 at 09:30 AM

## ORDER

     **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated 3/9/20* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

     On or before **May 22, 2020,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

     On **June 25, 2020** at **09:30 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: April 1, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marva L. Florence-Cureton  
    Debtor

Case No. 18-21866-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: hthu      Page 1 of 1      Date Rcvd: Apr 01, 2020  
                 Form ID: 222      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.  
db          +Marva L. Florence-Cureton,    1208 McMinn St.,    Aliquippa, PA 15001-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:

       J. Philip Colavincenzo    on behalf of Creditor    Beaver County Tax Claim Bureau  
        colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com  
       James Warmbrodt    on behalf of Creditor    Planet Home Lending, LLC as servicer for Assets Recovery 23 LLC bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    Assets Recovery 23 LLC bkgroup@kmllawgroup.com  
       James R. Wood    on behalf of Creditor    Aliquippa School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com, barristerob@gmail.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
       Stanley A. Kirshenbaum    on behalf of Debtor Marva L. Florence-Cureton SAK@SAKLAW.COM  
       TOTAL: 10