IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MARVA L. FLORENCE-CURETON, ) | Bankr. No. 18-21866GLT |
|    Debtor ) | |
| ) | Chapter 13 |
| MARVA L. FLORENCE-CURETON, ) | |
|    Movant, ) | Motion No. ■ WO-1 |
| ) | Motion No. ☐ WO-2 |
| v. ) | |
| ) | Related to doc. no. 67 |
| MITSUBISHI ELECTRIC POWER ) | |
| PRODUCTS, INC., ) | |
|    Respondent ) | |

    I, Stanley A. Kirshenbaum, certify under penalty of perjury that I served the above captioned Order to Pay Trustee Pursuant to Wage Attachment and the Notification of Debtor's Social Security Number on the following party at the address shown below on May 4, 2020 by First Class Mail:

    Mitsubishi Electric Power Products, Inc.,
    530 Keystone Dr.
    Warrendale, PA 15086

EXECUTED ON: May 4, 2020

                                                 /s/ Stanley A. Kirshenbaum
                                               Stanley A. Kirshenbaum
                                               Pa. I.D. #43701
                                               P,O, Box 8150
                                               Pittsburgh, PA  15217
                                               (412) 261-5107
                                               SAK@SAKLAW.COM
                                               Counsel for Movant