IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MARVA L. FLORENCE-CURETON, ) | Bankr. No. 18-21866GLT |
|    Debtor ) | |
| ) | Chapter 13 |
| MARVA L. FLORENCE-CURETON, ) | |
|    Movant, ) | Motion No. ■ WO-1 |
| ) | Motion No. ☐ WO-2 |
| v. ) | |
| ) | Related to doc. nos. 82, 84 |
| MITSUBISHI ELECTRIC POWER ) | |
| PRODUCTS, INC., ) | |
|    Respondent ) | |

    I, Stanley A. Kirshenbaum, certify under penalty of perjury that I served the above captioned Order to Pay Trustee Pursuant to Wage Attachment and the Notification of Debtor's Social Security Number on the following party at the address shown below on June 24, 2020 by First Class Mail:

Mitsubishi Electric Power Products, Inc.,
530 Keystone Dr.
Warrendale, PA 15086

EXECUTED ON: June 24, 2020

                                                /s/ Stanley A. Kirshenbaum
                                                Stanley A. Kirshenbaum
                                                Pa. I.D. #43701
                                                P,O, Box 8150
                                                Pittsburgh, PA  15217
                                                (412) 261-5107
                                                SAK@SAKLAW.COM
                                                Counsel for Movant