Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Marva L. Florence-Cureton**
**aka Marva L Cureton**
   Debtor(s)

Bankruptcy Case No.: 18-21866-GLT
Related Dkt. No. 81
Chapter: 13
Docket No.: 83 – 81
Concil. Conf.: July 30, 2020 at 10:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___20th___ day of ___June___, 2020, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First-class mail

on the respondent(s) at (list names and addresses here):

All parties on the attached matrix

Executed on ___June 22, 2020___       ___/s/ Stanley A. Kirshenbaum___
                (Date)                              (Signature)

Stanley A. Kirshenbaum, P.O. Box 8150, Pittsburgh, PA  15217
(Type Name and Mailing Address of Person Who Made Service)