UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

IN RE:

| | | |
|---|---|---|
| Marva L. Florence-Cureton a/k/a Marva L. Cureton : | | Bankruptcy Case No. 18-21866-GLT |
| Debtor, : | | Chapter 13 |
| : | | |
| The Beaver County Tax Claim Bureau, : | | Document No. _____ |
| Movant, : | | |
| : | | Related to Document Nos. 66, 83 and 93 |
| v. : | | |
| : | | Hearing Date: July 30, 2020 at 10:00 a.m. |
| Marva L. Florence-Cureton a/k/a Marva L. Cureton : | | |
| and Ronda J. Winnecour, Trustee, : | | Response Date: July 23, 2020 |
| Respondents. : | | |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the 25th day of June, 2020, a true and correct copy of the Movant Beaver County Tax Claim Bureau's Response to Debtor's Proposed Modification to Confirmed Chapter 13 Plan dated June 1, 2018 was served on the parties at the addresses specified below via the types of service listed:

By the Court's CM/ECF System registered email addresses:

Ronda J. Winnecour, Chapter 13 Trustee
Office of the United States Trustee
Stanley A. Kirshenbaum, Esq., Debtor's counsel

By first class mail, postage prepaid to:

Marva L. Florence-Cureton
1208 McMinn Street
Aliquippa, PA 15001

/s/ J. Philip Colavincenzo

J. Philip Colavincenzo
255 College Avenue
Beaver, PA 15009
(724) 775-8550
PA I.D. 17270
jp.cola@verizon.net