# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARVA L. FLORENCE-CURETON

Case No. 18-21866GLT

        Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

        Movant
vs.

Document No __

BEAVER COUNTY TAX CLAIM BUREAU**

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| BEAVER COUNTY TAX CLAIM BUREAU**<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Court claim# 10/Trustee CID# 23 |

The Movant further certifies that on 12/10/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>MARVA L. FLORENCE-CURETON,<br>1208 MCMINN ST., ALIQUIPPA, PA<br>15001 | DEBTOR'S COUNSEL:<br>STANLEY A KIRSHENBAUM ESQ**,<br>PO BOX 8150, PITTSBURGH, PA<br>15217 |
| ORIGINAL CREDITOR'S COUNSEL:<br>J PHILIP COLAVINCENZO ESQ, 255<br>COLLEGE AVE, BEAVER, PA  15009 | ORIGINAL CREDITOR:<br>BEAVER COUNTY TAX CLAIM<br>BUREAU**, BEAVER COUNTY<br>COURTHOUSE, 810 3RD ST, BEAVER,<br>PA  15009-2194 |
| NEW CREDITOR: | |