# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARVA L. FLORENCE-CURETON                    Case No. 18-21866GLT

        Debtor(s)
RONDA J. WINNECOUR,                          Chapter 13
Standing Chapter 13 Trustee,

        Movant                            Document No __
    vs.
BEAVER COUNTY TAX CLAIM BUREAU**

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

BEAVER COUNTY TAX CLAIM BUREAU**         Court claim# 11/Trustee CID# 24
BEAVER COUNTY COURTHOUSE
810 3RD ST
BEAVER, PA 15009-2194

The Movant further certifies that on 12/10/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                          /s/ Ronda J. Winnecour
                                          RONDA J WINNECOUR PA ID #30399
                                          CHAPTER 13 TRUSTEE WD PA
                                          600 GRANT STREET
cc:  debtor(s)                          SUITE 3250 US STEEL TWR
     original creditor                  PITTSBURGH, PA  15219
     putative creditor                  (412) 471-5566
     counsel for debtor(s)              cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>MARVA L. FLORENCE-CURETON, 1208 MCMINN ST., ALIQUIPPA, PA 15001 | DEBTOR'S COUNSEL:<br>STANLEY A KIRSHENBAUM ESQ**, PO BOX 8150, PITTSBURGH, PA 15217 |
| ORIGINAL CREDITOR'S COUNSEL:<br>J PHILIP COLAVINCENZO ESQ, 255 COLLEGE AVE, BEAVER, PA  15009 | ORIGINAL CREDITOR:<br>BEAVER COUNTY TAX CLAIM BUREAU**, BEAVER COUNTY COURTHOUSE, 810 3RD ST, BEAVER, PA  15009-2194 |
| NEW CREDITOR: | |