UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) |
| | ) Bankr. No. 18-21866GLT |
| MARVA L. FLORENCE-CURETON, | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) Document no. |
| MARVA L. FLORENCE-CURETON, | ) |
| | ) Related to doc. no. 119-20 |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT, | ) |
| | ) |
| Respondent | ) |

## MOTION FOR EXTENSION OF TIME TO SUBMIT CERTIFICATE OF COUNSEL AND PROPOSED CONFIRMATION ORDER

The Debtor, by and through her counsel, Stanley A. Kirshenbaum, move this Court as follows:

1. Following a conciliation hearing on June 30, 2022, the Chapter 13 Trustee recommended final confirmation of the amended Chapter 13 Plan dated May 8, 2022.

2. Debtor's counsel requires additional time to verify the information to be included in the proposed consent order and to obtain the consent of the Chapter 13 Trustee.

3. The Debtor requests an extension to file the proposed Confirmation Order and Certificate of Counsel.

WHEREFORE, the Debtor requests that this court grant an extension of seven days to submit the proposed Chapter 13 Confirmation Order and Certificate of Counsel.

Respectfully submitted,

/s/Stanley A. Kirshenbaum
Stanley A. Kirshenbaum
Pa. ID No. 43701
P.O. Box 8150
Pittsburgh, PA  15217
(412) 261-5107
SAK@SAKLAW.COM