UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) |
| | ) Bankr. No. 18-21866GLT |
| MARVA L. FLORENCE-CURETON, | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) Document no. |
| MARVA L. FLORENCE-CURETON, | ) |
| | ) Related to doc. no. 119-20 |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT, | ) |
| | ) |
| Respondent | ) |

### ORDER OF COURT

AND NOW, this _____ day of July 2022, it is ORDERED that the Debtor herein shall have until July 21, 2022 to file the proposed Order of Confirmation and Certificate of Counsel. ***No further extensions will be granted***.

_____
Gregory A. Taddonio
United States Bankruptcy Judge

cc: Debtor
Ronda J. Winnecour, Esquire
United States Trustee
Stanley A. Kirshenbaum, Esquire