**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | |
| ) | Bankr. No. 18-21866GLT |
| MARVA L. FLORENCE-CURETON, ) | |
| ) | Chapter 13 |
|     Debtor ) | |
| ) | Document no. |
| MARVA L. FLORENCE-CURETON, ) | |
| ) | Related to doc. no. 126 |
|     Movant, ) | |
| ) | |
|        v. ) | |
| ) | |
| NO RESPONDENT, ) | |
| ) | |
|     Respondent ) | |

**ORDER OF COURT**

AND NOW, this __1st__ day of __August__ 2022, it is ORDERED that the Motion to Vacate Confirmation Order and Enter Alternative Order is GRANTED.

The Order entered at docket no. 126 is vacated.

The court will enter the appropriate Order of Confirmation.

Dated: 8/1/22

_____
Gregory W. Taddonio   hct
United States Bankruptcy Judge

cc:   Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21866-GLT |
| Marva L. Florence-Cureton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marva L. Florence-Cureton, 1208 McMinn St., Aliquippa, PA 15001-3028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 03, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Assets Recovery 23 LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Planet Home Lending  LLC as servicer for Assets Recovery 23 LLC bnicholas@kmllawgroup.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| James R. Wood | on behalf of Creditor Aliquippa School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Aug 01, 2022 Form ID: pdf900 Total Noticed: 1

Robert J. Taylor
    on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com barristerob@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stanley A. Kirshenbaum
    on behalf of Debtor Marva L. Florence-Cureton SAK@SAKLAW.COM

TOTAL: 10