# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

03/03/2023

IN RE:

| | |
|---|---|
| MARVA L. FLORENCE-CURETON | Case No.18-21866 GLT |
| 1208 MCMINN ST. | |
| ALIQUIPPA, PA 15001 | Chapter 13 |
| XXX-XX-8045          Debtor(s) | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/3/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **KERI P EBECK ESQ** | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| BERNSTEIN BURKLEY | Court Claim Number: | | ACCOUNT NO.: |
| 601 GRANT ST 9TH FL | | | |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:2   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | | ACCOUNT NO.: |
| 375 NORTH SHORE DR | | | |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15212 | COMMENT:  /PRAE | | |

| | | | |
|---|---|---|---|
| **ROBERT J TAYLOR ESQ** | Trustee Claim Number:3   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| TAYLOR & HLADIO | Court Claim Number: | | ACCOUNT NO.: |
| 337 MERCHANT ST | | | |
| | CLAIM:  0.00 | | |
| AMBRIDGE, PA  15003 | COMMENT:  BEAVER CNTY TCB/PRAE | | |

| | | | |
|---|---|---|---|
| **JAMES R WOOD ESQ** | Trustee Claim Number:4   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| PORTNOFF LAW ASSOCIATES LTD | Court Claim Number: | | ACCOUNT NO.: |
| 2700 HORIZON DR STE 100 | | | |
| | CLAIM:  0.00 | | |
| KING OF PRUSSIA, PA  19406 | COMMENT:  ALIQUIPPA SD/PRAE | | |

| | | | |
|---|---|---|---|
| **ALIQUIPPA SD (CITY ALIQUIPPA) (RE)** | Trustee Claim Number:5   INT %: 10.00% | | CRED DESC:  SECURED CREDITOR |
| C/O PORTNOFF LAW ASSOC-DLQ CLL | Court Claim Number:7 | | ACCOUNT NO.:  9000 |
| POB 3020 | | | |
| | CLAIM:  2,602.90 | | |
| NORRISTOWN, PA  19404 | COMMENT:  080380609000\*PMTS PROPER/CONF14-17/PL\*WNTS 10%\*14-17\*GU BAR TIMELY\*CL | | |

| | | | |
|---|---|---|---|
| **CHECK INTO CASH** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC:  VEHICLE |
| 16044 SR 170 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  180.10 | | |
| EAST LIVERPOOL, OH  43920-9039 | COMMENT:  $/PL\*ALL ARRS?/PL\*PD@CLOSING | | |

| | | | |
|---|---|---|---|
| **ASSETS RECOVERY 23 LLC** | Trustee Claim Number:7   INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O PLANET HOME LENDING | Court Claim Number:5 | | ACCOUNT NO.:  3553 |
| 321 RESEARCH PKWY #303 | | | |
| | CLAIM:  0.00 | | |
| MERIDEN, CT  06450 | COMMENT:  CL5GOV W PMT CHNGS\*DKT4PMT-LMT\*BGN 6/18 | | |

| | | | |
|---|---|---|---|
| **HERITAGE VALLEY HEALTH SYSTEM** | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 720 BLACKBURN RD | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| SEWICKLEY, PA  15143 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| UI PAYMENT SERVICES  (INDV UC OP) | Court Claim Number:6 | | ACCOUNT NO.:  8045 |
| PO BOX 67503 | | | |
| | CLAIM:  6,773.50 | | |
| HARRISBURG, PA  17106-9894 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:10  INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:1 | | ACCOUNT NO.:  1960 |
| 375 NORTH SHORE DR | | | |
| | CLAIM:  2,256.20 | | |
| PITTSBURGH, PA  15212 | COMMENT:  NT/SCH | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:11  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:2 | ACCOUNT NO.:  0001 |
| | CLAIM:  373.48 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NT/SCH*LAST TRANSACTION 5/8/2018 | |

| | | |
|---|---|---|
| **BEAVER COUNTY TAX CLAIM BUREAU**\*\* | Trustee Claim Number:12  INT %: 9.00% | CRED DESC:  SECURED CREDITOR |
| BEAVER COUNTY COURTHOUSE | Court Claim Number:3 | ACCOUNT NO.:  0011 |
| 810 3RD ST | | |
| | CLAIM:  2,709.70 | |
| BEAVER, PA  15009-2194 | COMMENT:  080380609000011*PMTS PROPER/CONF*NT PROV/PL*NT/SCH*WNTS 9%*14-17*PIF | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(\*)** | Trustee Claim Number:13  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:4 | ACCOUNT NO.:  8894 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  5,840.52 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **ASSETS RECOVERY 23 LLC** | Trustee Claim Number:14  INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O PLANET HOME LENDING | Court Claim Number:5 | ACCOUNT NO.:  3553 |
| 321 RESEARCH PKWY #303 | | |
| | CLAIM:  19,446.68 | |
| MERIDEN, CT  06450 | COMMENT:  CL5GOVS*23,020.26/PL~PLANET HOME*THRU 5/18 | |

| | | |
|---|---|---|
| **ALIQUIPPA SD (CITY ALIQUIPPA) (RE)** | Trustee Claim Number:15  INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| C/O PORTNOFF LAW ASSOC-DLQ CLL | Court Claim Number:7 | ACCOUNT NO.:  9000 |
| POB 3020 | | |
| | CLAIM:  958.26 | |
| NORRISTOWN, PA  19404 | COMMENT:  080380609000*PMTS PROPER/CONF*CL=$1,242.12*NON INT*14-17*GU BAR TIMELY | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:16  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PLANET HOME LENDING/PRAE | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:17  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:8 | ACCOUNT NO.:  8045 |
| PO BOX 7317 | | |
| | CLAIM:  1,221.16 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $/CL-PL*NT/SCH*GU BAR TIMELY | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:18  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:8 | ACCOUNT NO.:  8045 |
| PO BOX 7317 | | |
| | CLAIM:  328.40 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NT/SCH*GU BAR TIMELY | |

| | | |
|---|---|---|
| **J PHILIP COLAVINCENZO ESQ** | Trustee Claim Number:19  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 255 COLLEGE AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| BEAVER, PA  15009 | COMMENT:  BEAVER CNTY TCB/PRAE | |

| | | |
|---|---|---|
| **BEAVER COUNTY TAX CLAIM BUREAU**\*\* | Trustee Claim Number:20  INT %: 9.00% | CRED DESC:  Post Petition Claim (1305) |
| BEAVER COUNTY COURTHOUSE | Court Claim Number:9 | ACCOUNT NO.:  0011 |
| 810 3RD ST | | |
| | CLAIM:  350.77 | |
| BEAVER, PA  15009-2194 | COMMENT:  080380609000011*PMTS PROPER/CONF*NT PROV/PL*14-18* WNTS 9%*18 COUNTY | |

**CLAIM RECORDS**

---

| **RONDA J WINNECOUR PA ID #30399\*\*** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  FEES ON DIRECT PAYMENTS |
|---|---|---|
| ATTN DIRECT FEES CLERK | Court Claim Number: | ACCOUNT NO.:  $/OE |
| US STEEL TWR STE 3250 | | |
| 600 GRANT ST | CLAIM:  35.05 | |
| PITTSBURGH, PA  15219 | COMMENT:  SEE DKT FOR DETAILS | |

---

| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.:  2286 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  PMT/OE-PL-CONF*BGN 5/20 DISB*DKT | |

---

| **BEAVER COUNTY TAX CLAIM BUREAU\*\*** | Trustee Claim Number:23  INT %:  9.00% | CRED DESC:  Post Petition Claim (1305) |
|---|---|---|
| BEAVER COUNTY COURTHOUSE | Court Claim Number:10 | ACCOUNT NO.:  9000 |
| 810 3RD ST | | |
| | CLAIM:  353.41 | |
| BEAVER, PA  15009-2194 | COMMENT:  08038060900011*PMTS PROPER/CONF*NT PROV/PL*WNTS 9%*BGN 7/2020-CONF* | |

---

| **BEAVER COUNTY TAX CLAIM BUREAU\*\*** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
|---|---|---|
| BEAVER COUNTY COURTHOUSE | Court Claim Number:11 | ACCOUNT NO.:  0011 |
| 810 3RD ST | | |
| | CLAIM:  0.00 | |
| BEAVER, PA  15009-2194 | COMMENT:  080380609000011*PMTS PROPER/CONF*YEAR NT PROV/PL*20 CTY ONLY*WNTS 9% | |