**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MARVA L. FLORENCE-CURETON

                    Case No. 18-21866GLT

          Debtor(s)             Chapter 13

    Ronda J. Winnecour          Document No.___

          Movant
    vs.

    ASSETS RECOVERY 23 LLC

          Respondent(s)

INTERIM NOTICE OF CURE OF ARREARS

      Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3002.1(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

      The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 14
Court Claim Number - 5

                    /s/   Ronda J. Winnecour

    6/12/2023                RONDA J WINNECOUR PA ID #30399
                               CHAPTER 13 TRUSTEE WD PA
                               600 GRANT STREET
                               SUITE 3250 US STEEL TWR
                               PITTSBURGH, PA  15219
                               (412) 471-5566
                               cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARVA L. FLORENCE-CURETON

|  |  |
|---|---|
| Debtor(s) | Case No.:18-21866GLT |
| Ronda J. Winnecour | Chapter 13 |
| Movant | Document No.___ |
| vs. |  |
| ASSETS RECOVERY 23 LLC |  |
| Respondent(s) |  |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

---

MARVA L. FLORENCE-CURETON, 1208 MCMINN ST., ALIQUIPPA, PA  15001

STANLEY A KIRSHENBAUM ESQ**, PO BOX 8150, PITTSBURGH, PA  15217

ASSETS RECOVERY 23 LLC, C/O PLANET HOME LENDING, 321 RESEARCH PKWY #303, MERIDEN, CT  06450

PLANET HOME LENDING LLC, 321 RESEARCH PARKWAY STE 303, MERIDEN, CT  06450

KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

---

06/12/2023

/s/ Roberta Saunier
_____
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com