UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | Bankr. No. 18-21866GLT |
| MARVA L. FLORENCE-CURETON, | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Document no. |
| MARVA L. FLORENCE-CURETON, | ) | |
| | ) | Related to doc. no. 139-140 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MITSUBISHI ELECTRIC POWER PRODUCTS, INC., | ) | |
| | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter was, more than 18 years of age and that on <u>June 22, 2023</u> I served a copy of the *Motion to Terminate Wage Attachment and Order Scheduling Dates for Response and Hearing on Motion* filed in this proceeding, by:

*First Class Mail*

on the respondents at (list names and addresses here):

Mittsubishi Electric Power Products, Inc.
Attn: Payroll
530 Keystone Dr.
Warrendale, PA 15086

Office of the United States Trustee
970 Liberty Ctr.
1000 Liberty Ave.
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, W.D. PA
3250 U.S. Steel Tower
600 Grant St.
Pittsburgh, PA 15219

Executed on <u>June 22, 2023</u>                    <u>/s/Stanley A. Kirshenbaum</u>
                                                  (Signature)

<u>Stanley A. Kirshenbaum, P.O. Box 8150, Pittsburgh, PA 15217</u>
(Type Name and Mailing Address of Person Who Made Service)