UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | |
| ) | Bankr. No. 18-21866GLT |
| MARVA L. FLORENCE-CURETON, ) | |
| ) | Chapter 13 |
| Debtor ) | |
| ) | Document no. |
| MARVA L. FLORENCE-CURETON, ) | |
| ) | Related to doc. nos. 139-140 |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| MITSUBISHI ELECTRIC POWER ) | |
| PRODUCTS, INC., ) | |
| ) | |
| Respondent ) | |

**CERTIFICATE OF NO OBJECTION REGARDING NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF DEBTOR
TO TERMINATE THE WAGE ATTACHMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Notice of Hearing with Response Deadline on Motion of Debtor to Terminate the Wage Attachment filed on June 19, 2023 has been received. The undersigned further certifies that he has reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than July 10, 2023.

The undersigned respectfully requests that the court enter the Order attached to the Motion of Debtor to Terminate the Wage Attachment.

Dated: July 13, 2023

/s/Stanley A. Kirshenbaum
Stanley A. Kirshenbaum
Pa. Ident. No. 43701
P.O. Box 8150
Pittsburgh, PA  15217
(412) 261-5107
SAK@SAKLAW.COM