**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MARVA L. FLORENCE-CURETON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>   vs. <br> No Respondents. | Case No.:18-21866 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/07/2018 and confirmed on 8/8/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 89,383.80 |
| Less Refunds to Debtor | 1,573.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,810.32 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,600.00 | |
|   Trustee Fee | 4,126.55 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,726.55 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ASSETS RECOVERY 23 LLC | 0.00 | 42,683.89 | 0.00 | 42,683.89 |
|     Acct: 3553 | | | | |
|   ASSETS RECOVERY 23 LLC | 19,446.68 | 19,446.68 | 0.00 | 19,446.68 |
|     Acct: 3553 | | | | |
|   ALIQUIPPA SD (CITY ALIQUIPPA) (RE) | 2,602.90 | 2,602.90 | 1,115.43 | 3,718.33 |
|     Acct: 9000 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 2,709.70 | 2,709.70 | 1,250.83 | 3,960.53 |
|     Acct: 0011 | | | | |
|   ALIQUIPPA SD (CITY ALIQUIPPA) (RE) | 958.26 | 958.26 | 0.00 | 958.26 |
|     Acct: 9000 | | | | |
|   CHECK INTO CASH++ | 180.10 | 180.10 | 0.00 | 180.10 |
|     Acct: | | | | |
| | | | | 70,947.79 |
| **Priority** | | | | |
|   STANLEY A KIRSHENBAUM ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARVA L. FLORENCE-CURETON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARVA L. FLORENCE-CURETON | 752.00 | 752.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARVA L. FLORENCE-CURETON | 821.48 | 821.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STANLEY A KIRSHENBAUM ESQ** | 2,600.00 | 2,600.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 1,221.16 | 1,221.16 | 0.00 | 1,221.16 |
|     Acct: 8045 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 7,001.88 | 0.00 | 7,001.88 |
|     Acct: 2286 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 350.77 | 350.77 | 137.63 | 488.40 |
|     Acct: 0011 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 353.41 | 353.41 | 72.33 | 425.74 |
|     Acct: 9000 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0011 | | | | |

18-21866                                                                                                              Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | RONDA J WINNECOUR TRUSTEE/CLERK | 35.02 | 35.02 | 0.00 | 35.02 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXC BE | | | | |
| | RONDA J WINNECOUR PA ID #30399** | 35.05 | 35.05 | 0.00 | 35.05 |
| | Acct: $/OE | | | | |
| | | | | | 9,207.25 |
| Unsecured | | | | | |
| | HERITAGE VALLEY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF LABOR & INDUSTRY | 6,773.50 | 384.19 | 0.00 | 384.19 |
| | Acct: 8045 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 2,256.20 | 139.64 | 0.00 | 139.64 |
| | Acct: 1960 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 373.48 | 23.11 | 0.00 | 23.11 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 5,840.52 | 361.47 | 0.00 | 361.47 |
| | Acct: 8894 | | | | |
| | INTERNAL REVENUE SERVICE* | 328.40 | 20.32 | 0.00 | 20.32 |
| | Acct: 8045 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERT J TAYLOR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES R WOOD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | J PHILIP COLAVINCENZO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 928.73 |

TOTAL PAID TO CREDITORS                                                                                               81,083.77

TOTAL CLAIMED
PRIORITY           1,995.41
SECURED           25,897.64
UNSECURED         15,572.10

Date: 10/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARVA L. FLORENCE-CURETON

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-21866

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21866-GLT |
| Marva L. Florence-Cureton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marva L. Florence-Cureton, 1208 McMinn St., Aliquippa, PA 15001-3028 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| 14828770 | + | ALIQUIPPA SCHOOL DIST, C/O PORTNOFF LAW OFFICES, 2700 HORIZON DR STE 100, KING OF PRUSSIA PA 19406-2726 |
| 14884942 | + | Aliquippa School District, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| 14880853 | + | Beaver County Tax Claim Bureau, 810 Third Street, Beaver, PA 15009-2139 |
| 14881822 | + | Pa Dept of L&I, Office of UC Benefits & Policy, 651 Boas Street, 6th Floor, Harrisburg PA 17121-0725 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14881238 | + | Email/Text: BKMAIL@planethomelending.com | Oct 27 2023 00:20:00 | Assets Recovery 23 LLC, C/O Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 14828771 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 27 2023 00:19:00 | PA DEPT OF LABOR & INDUSTRY, OFFICE OF UC BENEFITS, CLAIMANT SERVICES, PO BOX 67503, HARRISBURG PA 17105-75033 |
| 14918503 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2023 00:20:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14880871 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 27 2023 00:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14828772 | + | Email/Text: BKMAIL@planethomelending.com | Oct 27 2023 00:20:00 | PLANET HOME LENDING, 321 RESEARCH PKWY STE 303, MERIDEN CT 06450-8342 |
| 14868258 | + | Email/Text: ebnpeoples@grblaw.com | Oct 27 2023 00:20:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14876813 | | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2023 00:42:26 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Assets Recovery 23 LLC |
| cr | | Planet Home Lending, LLC as servicer for Assets Re |
| cr | *+ | Aliquippa School District, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Case 18-21866-GLT    Doc 157    Filed 10/28/23    Entered 10/29/23 00:26:39    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Planet Home Lending LLC as servicer for Assets Recovery 23 LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Assets Recovery 23 LLC bnicholas@kmllawgroup.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@yahoo.com |
| James R. Wood | on behalf of Creditor Aliquippa School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert J. Taylor | on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com barristerob@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stanley A. Kirshenbaum | on behalf of Debtor Marva L. Florence-Cureton SAK@SAKLAW.COM |

TOTAL: 10